UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **RANDALL K. BONAVENTURE, ET AL** | **CIVIL DOCKET NO. 6:23-CV-01568** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CADENCE INSURANCE, INC.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

Before the Court is an EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (the "Motion") [Doc. 9] filed by Defendant and Counterclaim Plaintiff, Cadence Insurance, Inc. ("Cadence" or "Defendant"). The Motion is opposed by Plaintiffs and Counterclaim Defendants, Randall K. Bonaventure, Stuart Bonaventure, Miles Dixon, and Darryl Mansfield ("Plaintiffs") [Doc. 10]. After considering the record in this matter, including the evidence supporting Cadence's Motion, the Court is satisfied that the Motion meets the requirements of Fed. R. Civ. P. 65 and that immediate and irreparable harm, injury, loss, or damage may result to Cadence before a hearing can be held to determine whether a preliminary injunction should issue. Specifically, given the nature of the insurance industry that the substantial likelihood that customer relationships at issue may be irreparably damaged, a Temporary Restraining Order ("TRO") is necessary to maintain the *status quo* pending a hearing on Cadence's request for a preliminary injunction.

Accordingly,

IT IS HEREBY ORDERED that a Temporary Restraining Order ("TRO") is entered, enjoining Randall K. Bonaventure, Stuart Bonaventure, Miles Dixon, and Darryl Mansfield and any person or entity acting in concert or participation with them, from directly or indirectly soliciting any customer of Cadence for the purpose of selling any insurance policy or insurance-related product or service within any Louisiana parish in which Cadence maintains current accounts with insurance customers (the "Restricted Area").

IT IS FURTHER ORDERED that Cadence shall produce an affidavit listing the parishes within the Restricted Area to the Court and Plaintiffs within three (3) hours of issuance of this TRO.

IT IS FURTHER ORDERED that Randall K. Bonaventure, Stuart Bonaventure, Miles Dixon, and Darryl Mansfield and all persons or entities acting in concert or participation with them are enjoined from: (i) possessing, (ii) disclosing to any person, firm, or corporation, and (iii) using Cadence's confidential and proprietary information. Such confidential information encompasses Cadence's business and customer specific information learned, obtained, or used in conducting Cadence's business, and includes customer lists, business and claims histories, loss runs, customer preferences, key customer contact information, business composition, risks in customer operations, specific marketing strategies, prospect lists, and other details regarding customers' insurance needs.

IT IS FURTHER ORDERED that, given the representations of Plaintiffs that they have not and do not intend to affirmatively solicit Cadence customers or use confidential information, the Court will not require Cadence to post a security bond.

IT IS FURTHER ORDERED that this Temporary Restraining Order, unless extended for good cause, shall expire seven (7) days from the date and hour of its issuance.

IT IS FURTHER ORDERED that Cadence and Plaintiffs shall appear before this Court on **November 27, 2023, at 10:00 a.m**. for a hearing to determine whether this Court should issue a Preliminary Injunction during the pendency of these proceedings.

THUS, DONE AND SIGNED in Chambers at 12:00 P.M., CST, on the 20th day of November 2023.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE